# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHANIE BARDEAU-MARSE

VERSUS

AARON DELATORRE

NO.  2019 CW 1157

JAN 0 6 2020

---

In Re:    Stephanie   Bardeau-Marse,   applying   for   supervisory
          writs,  Family  Court  in  and  for  the  Parish  of  East
          Baton Rouge, No. 214632.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

                            **JMG**
                            **WJB**

**Whipple, C.J.,** dissents and would order that the matter be
transferred  to  the  21st  Judicial  District  Court  where  the
proceedings were initiated.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.